## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Michael E. Lee | ) | Bankruptcy No. 12 B 00207 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Janet S. Baer |
| | ) | |

### DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Michael E. Lee, by and through his attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 13 on January 5, 2012.

2. The case was converted to a Chapter 7 on the motion of the Debtor on October 2, 2013.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:

Check N Go
3219 W 115th Street, Ste 5-A
Merrionette Park, IL 60803
$244.43
Loan

Advocate Trinity Hospital
P.O. Box 4253
Carol Stream, IL 60197-4253
$133.90
Acct No. 214318057
Medical Services

Affiliated Oncologists, LLC
62647 Collections Center Drive
Chicago, IL 60693-0626
$135.40
Acct No. 4720
Medical Services

Ambulance Transportation, Inc.
8400 W. 183rd Place
Tinley Park, IL 60487
$255.03
Acct No. 609607
Medical Services

Annita John, M.D., P.C.
10237 W. Western Ave.
Chicago, IL 60643
$135.20
Acct No. Gr-178
Medical Services

The Cardiology Group, LLC
c/o Physicians Billing Service (CMC)
2800 W 95th Street
Evergreen Park, IL 60805-2701
$24.00
Acct No. TCG-331097
Medical Services

City of Chicago EMS
33589 Treasury Ctr
Chicago, IL 60694-3500
$588.05
Acct No. 14908436
Medical Services

Fredric S. Tatel, D.D.S. & Associates, Ltd.
Practice Limited to Children
16345 S. Harlem Ave. Ste. 150
Tinley Park, IL 60477
$155.00
Acct. N. 5671
Medical Services

GI Associates
10500 S Cicero
Oak Lawn, IL 60453-5205
$119.00
Acct No. 125301
Medical Services

Hugh Med Group
2850 West 95th Street
Suite 11
Evergreen Park, IL 60805-2727
$283.60
Acct No. 261
Medical Services

Little Company of Mary Hospital
P.O. Box 97677
Chicago, IL 60678-7677
$22.91
Acct No. V00029134235
Medical Services

Little Company of Mary Hospital
P.O. Box 97677
Chicago, IL 60678-7677
$19.78
Acct No. V00029094993
Medical Services

Little Company of Mary Hospital
c/o Malcolm S. Gerald and Associates, Inc.
332 South Michigan Ave.
Suite 600
Chicago, IL 60604-4318
$1,690.90
Acct. No. V00028226934
Medical Services

Service Tech Heating and Cooling Inc.
P.O. Box 22
Frankfort, IL 60423
$600
Invoice No. 34234
Home repair service

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case: NONE

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case: Lease with Mike Adas, 242 S. Wick Lane, Schaumburg, IL 60173.

        Respectfully submitted,
        Michael E. Lee

        By:   /s/ Julie E. Crabbe
             One of his attorneys

Julie E. Crabbe
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525
(708) 937-1264
(708) 937-1265 (Fax)