01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Michael E. Lee )
)
)
)
) Case No. 12 B 00207
)
Debtor (s) )
) Chapter 7

# DECLARATION REGARDING ELECTRONIC FILING
# FOR DOCUMENTS FILED AFTER PETITION

Re:  Rule 1019 Report
     (Specify Document)

I (We), Michael E. Lee          and _____ the undersigned individual(s),

hereby declare under penalty of perjury that I(we) have reviewed the Rule 1019 Report

being filed simultaneously with this Declaration and that the information therein is true and correct.

Michael E. Lee
Printed or Typed Name of Debtor or Other Person        Printed or Typed Name of Joint Debtor

*Michael E Lee* (signature)
Signature of Debtor or Other Person                    Signature of Joint Debtor

10/7/13
Date                                                   Date